1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

KAREN BAUTISTA

                    Plaintiff,

          v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

                    Defendant.

No. CV-12-3051-MHW

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**

    This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that**:**

    Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C.  § 405(g).   Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

    DATED:   December 30, 2013

                              SEAN McAVOY
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk